# Supreme Court of Florida

_____

No. SC20-873

_____

**IN RE: AMENDMENTS TO FLORIDA RULE OF JUDICIAL ADMINISTRATION 2.420, THE FLORIDA RULES OF JUVENILE PROCEDURE, AND THE FLORIDA RULES OF APPELLATE PROCEDURE—2020 JOINT FAST-TRACK REPORT.**

March 4, 2021

PER CURIAM.

This matter is before the Court for consideration of further amendments to the Florida Rules of Juvenile Procedure, the Florida Rules of Judicial Administration, and the Florida Rules of Appellate Procedure.[1]  Previously in this case, The Florida Bar's Rules of Judicial Administration Committee (RJA Committee) and Juvenile Court Rules Committee (JCR Committee) filed a joint "fast-track" report proposing amendments to the Florida Rules of Judicial Administration and Florida Rules of Juvenile Procedure in response to recent legislation.  *See* Fla. R. Jud. Admin. 2.140(e).  The Court adopted the proposed amendments with minor modifications, and on our own motion, we amended a

_____

    1.  We have jurisdiction.  *See* art. V, § 2(a), Fla. Const.

Florida Rule of Appellate Procedure to conform with a proposed amendment to a Rule of Juvenile Procedure. *In re Amendments to Fla. Rule of Jud. Admin. 2.420, Fla. Rules of Juv. Pro., & Fla. Rule of App. Pro. Form 9.900(f)—2020 Joint Fast-Track Report*, 302 So. 3d 746 (Fla. 2020).

Because the amendments were not published for comment prior to their adoption, interested parties were permitted to file comments with the Court after their adoption. Five comments were received. Thereafter, both the RJA Committee and the JCR Committee filed responses to the comments. Upon consideration of the comments and responses, the Court now further amends the Florida Rules of Juvenile Procedure and Florida Rules of Appellate Procedure as discussed below.

**BACKGROUND**

In the July 2, 2020, opinion in this case, the Court amended Florida Rule of Judicial Administration 2.420 (Public Access to and Protection of Judicial Branch Records); Florida Rules of Juvenile Procedure 8.805 (Commencement of Proceedings), 8.810 (Petition), 8.815 (Counsel), 8.820 (Hearing), 8.830 (Transcripts), and 8.835 (Confidentiality of Records); and Florida Rules of Juvenile Procedure Forms 8.987 (Petition for Judicial Waiver of Parental Consent to or Notification of and Consent to Termination of Pregnancy), 8.988 (Sworn Statement of True Name and Pseudonym), 8.990 (Final Order Granting Petition for

Judicial Waiver of Parental Consent to or Notice of and Consent to Termination of Pregnancy), 8.991 (Final Order Dismissing Petition for Judicial Waiver of Parental Consent to or Notice of and Consent to Termination of Pregnancy), and 8.992 (Minor's Petition to Chief Judge to Require a Hearing on Her Petition for Judicial Waiver of Consent or Notice and Consent). These amendments were in response to legislative changes to section 390.01114, Florida Statutes (2019), which as amended in 2020 requires parental consent to the termination of pregnancy procedure performed on a minor, and the creation of section 390.01118, Florida Statutes (2020), which made any information held by a circuit or appellate court that could be used to identify a minor who petitions the court for a waiver of parental notice or consent for termination of pregnancy confidential and exempt from the public's right to access under article I, section 24(a) of the Florida Constitution. Additionally, on our own motion, the Court amended Florida Rule of Appellate Procedure Form 9.900(f) (Notice of Appeal of an Order Dismissing a Petition for a Judicial Waiver of Parental Consent to or Notice of and Consent to Termination of Pregnancy and Advisory Notice to Minor) for consistency with the amendments to the Florida Rules of Juvenile Procedure and section 390.01114.

The amendments became effective immediately upon the release of the July 2, 2020, opinion. However, interested persons were given an opportunity to file comments with the Court after the amendments were adopted. Four comments

- 3 -

contend that the amended rules and forms are confusing because they imply that a minor may seek waiver of and that a court may waive notice, consent, or both, whereas section 390.01114 provides for a collective waiver of both notice and consent only. Thus, these four commenters urge the Court to amend the relevant rules and forms to reflect that only a collective waiver of notice and consent may be sought. The fifth comment, filed by the Appellate Court Rules Committee (ACR Committee), recommends amendments so that the language used in the rules and forms is consistent with section 390.01114. Specifically, the ACR Committee suggests that the title of the petition throughout the juvenile and appellate rules be "Petition for Judicial Waiver of Parental Notice of and Consent for Termination of Pregnancy." Additionally, the ACR Committee requests that the Court consider amendments to Florida Rule of Appellate Procedure 9.147(a)–(c), which addresses appellate proceedings for reviewing final orders dismissing petitions for judicial waivers, and rule 9.300(d)(11), which provides that motions filed relating to proceedings under rule 9.147 do not toll time, that are consistent with the July 2, 2020, amendments, so that references to the judicial waiver petition will be consistent across all rule sets.

Both the RJA Committee and JCR Committee filed responses to the comments. The RJA Committee declined to propose further amendments to Rule of Judicial Administration 2.420(d)(1)(B)(vii). The JCR Committee declined to

propose amendments to the Florida Rules of Juvenile Procedure to reflect that only a waiver of notice and consent may be sought, because it can envision a scenario where a minor seeks only a waiver of parental consent after a parent is notified by the physician but denies consent. However, it did agree that the rules and forms could be clearer and more concise. Thus, the JCR Committee proposes further amendments to Florida Rules of Juvenile Procedure 8.805 (Commencement of Proceedings), 8.810 (Petition), 8.820 (Hearing), and 8.835 (Confidentiality of Records), and forms 8.987 (Petition for Judicial Waiver of Parental Consent to or Notification of and Consent to Termination of Pregnancy), 8.988 (Sworn Statement of True Name and Pseudonym), 8.990 (Final Order Granting Petition for Judicial Waiver of Parental Consent to or Notice of and Consent to Termination of Pregnancy), 8.991 (Final Order Dismissing Petition for Judicial Waiver of Parental Consent to or Notice of and Consent to Termination of Pregnancy), and 8.992 (Minor's Petition to Chief Judge to Require a Hearing on Her Petition for Judicial Waiver of Consent or Notice and Consent). The proposed amendments delete language regarding judicial waiver of notice only and clearly distinguish between seeking a waiver of notice and consent and consent only. The Executive Committee of the Board of Governors of The Florida Bar unanimously approved the JCR Committee's proposals.

- 5 -

Upon consideration of the comments and the committees' responses to the comments, we adopt the additional amendments as proposed by the JCR Committee, with modifications. Additionally, we amend Florida Rules of Appellate Procedure 9.147(a)–(c) and 9.300(d)(11) and form 9.900(f) (Notice of Appeal of an Order Dismissing a Petition for a Judicial Waiver of Parental Consent to or Notice of and Consent to Termination of Pregnancy and Advisory Notice to Minor) for consistency with the amendments to the Florida Rules of Juvenile Procedure. The more significant amendments are discussed below.

**AMENDMENTS**

First, the title of Florida Rule of Juvenile Procedure Form 8.987, which is the form for a petition for judicial waiver, is amended, as proposed, to read "Petition for Judicial Waiver of Parental Notice and Consent or Consent Only to Termination of Pregnancy." Next, references to the petition in rules 8.805 (Commencement of Proceedings) and 8.835 (Confidentiality of Records) and forms 8.988 (Sworn Statement of True Name and Pseudonym), 8.990 (Final Order Granting Petition for Judicial Waiver of Parental Consent to or Notice of and Consent to Termination of Pregnancy), 8.991 (Final Order Dismissing Petition for Judicial Waiver of Parental Consent to or Notice of and Consent to Termination of Pregnancy), and 8.992 (Minor's Petition to Chief Judge to Require a Hearing on Her Petition for Judicial Waiver of Consent or Notice and Consent) have similarly

been amended to reflect the amended title.  Also, the variants of "consent to or notice of and consent to" throughout the rules and forms have been amended to "notice and consent or consent only."

Next, in form 8.987, the petition for judicial waiver, the paragraph addressing appointment of counsel is amended to inform the minor that appointment of counsel will be at no cost to the minor as contemplated by section 390.01114(6)(a), Florida Statutes (2020).  We further amend form 8.987 by replacing "Notification of" with "Notice and consent or consent only from" in paragraph (4)c. so that the sentence reads, "Notice and consent or consent only from a parent or legal guardian is not in the best interests of the minor . . . ."  This language is consistent with the language in form 8.990, which is the order granting a petition for judicial waiver.

Additionally, form 8.990, which outlines an order granting a petition for judicial waiver, is amended to eliminate the possibility that a court could grant a waiver of notice only because waiver of consent will always be required if a court grants the petition.

Finally, we amend the references to the petition for judicial waiver in Florida Rules of Appellate Procedure 9.147(a)–(c) and 9.300(d)(11) and form 9.900(f) to reflect the amended title, as requested by the ACR Committee.

# CONCLUSION

Accordingly, the Florida Rules of Juvenile Procedure and the Florida Rules of Appellate Procedure are amended as reflected in the appendix to this opinion. New language is indicated by underscoring; deletions are indicated by struck-through type. The amendments shall become effective immediately upon the release of this opinion.

It is so ordered.

CANADY, C.J., and POLSTON, LABARGA, LAWSON, MUÑIZ, COURIEL, and GROSSHANS, JJ., concur.

THE FILING OF A MOTION FOR REHEARING SHALL NOT ALTER THE EFFECTIVE DATE OF THESE AMENDMENTS.

Original Proceeding – Florida Rules of Judicial Administration, the Florida Rules of Juvenile Procedure, and the Florida Rules of Appellate Procedure

Michael Jeffrey Korn, Chair, Jacksonville, Florida, and Honorable Josephine Gagliardi, Past Chair, Rules of Judicial Administration Committee, Fort Myers, Florida; Matthew Charles Wilson, Chair, Pensacola, Florida, and Linda McGrady Berman, Past Chair, Juvenile Court Rules Committee, Fort Lauderdale, Florida; Honorable Stephanie Williams Ray, Chair, Appellate Court Rules Committee, Tallahassee, Florida; and Joshua E. Doyle, Executive Director, Krys Godwin and Mikalla Andies Davis, Bar Liaisons, The Florida Bar, Tallahassee, Florida,

for Petitioners

Benjamin James Stevenson, Pensacola, Florida, and Daniel Tilley of ACLU Foundation of Florida, on behalf of ACLU, Planned Parenthood, and Human Rights Watch, Miami, Florida; Sujatha Prabhakaran, M.P.H. of University of South Florida College of Medicine, and Virgil Reid, M.D. of University of Central Florida College of Medicine, on behalf of Planned Parenthood of Southwest and Central Florida, Sarasota, Florida; Katharine S. Lannamann on behalf of the Florida Interfaith Coalition for Reproductive Rights & Justice, Osprey, Florida;

and Nimra Chowdhry and Jessica Goldberg on behalf of If/When/How: Lawyering for Reproductive Justice, Oakland, California,

Responding with comments

**APPENDIX**

**RULE 8.805.     COMMENCEMENT OF PROCEEDINGS**

(a)     **Petition to Be Filed.** Proceedings for a judicial waiver of parental ~~consent or~~ notice of and consent <u>or consent only</u> to termination of pregnancy shall be commenced by the filing of a petition in circuit court.

(b) - (d)     **[No Change]**

(e)     **Fees and Costs.** No filing fees or court costs shall be assessed against any pregnant minor who petitions a court for a waiver of parental ~~consent or~~ notice <u>and consent or consent only</u>.

**RULE 8.810.     PETITION**

The petition shall include:

(a) - (b)     [No Change]

(c)     a statement that the minor is pregnant and <u>notice and </u>consent or ~~notice and~~ consent <u>only </u>has not been waived;

(d)     a statement that the minor desires to terminate her pregnancy without ~~consent from or~~ notice to and consent <u>or consent only </u>from a parent or legal guardian; and

(e)     a short and plain statement of facts to establish any of the following:

(1) - (2)     [No Change]

(3)     ~~Consent from or notification to~~<u>Notice to</u> and consent <u>or consent only </u>from the parent or legal guardian is not in the best interests of the minor.

**RULE 8.820.     HEARING**

(a) - (b)     **[No Change]**

(c)     **Burdens of Proof.**

(1) - (2)     [No Change]

(3)     A finding that ~~consent from or notification to~~notice to and consent or consent only from a parent or legal guardian is not in the best interests of the minor requires proof by clear and convincing evidence.

**(d) - (e)     [No Change]**

**RULE 8.835.     CONFIDENTIALITY OF RECORDS**

(a)     As provided by law, any information including the petition, documents, transcripts, recordings of cases, and any other information that could be used to identify a minor who has petitioned the court for a judicial waiver of parental notice of and consent to or waiver of consent to termination of pregnancy is confidential and exempt from section 119.07(1), Florida Statutes, and section 24(a), Article I, of the State Constitution.

(b)     [No Change]

**FORM 8.987.** **PETITION FOR JUDICIAL WAIVER OF PARENTAL <u>NOTICE</u> <u>AND</u> CONSENT <s>TO</s> OR <s>NOTIFICATION OF AND</s> CONSENT <u>ONLY</u> TO TERMINATION OF PREGNANCY**

IN THE CIRCUIT COURT OF THE ……….. JUDICIAL CIRCUIT

IN AND FOR …………… COUNTY, FLORIDA

In the Interest of …………… (pseudonym or initials of minor)

Case No.: ……….

Division: ……….

PETITION FOR JUDICIAL WAIVER OF PARENTAL <u>NOTICE AND</u> CONSENT <s>TO</s> OR

<s>NOTICE OF AND</s> CONSENT <u>ONLY</u> TO TERMINATION OF PREGNANCY

I certify that the following information is true and correct:

(1)     The pseudonym or initials of the minor (is/are) ................................., and the minor has filed a Sworn Statement of True Name and Pseudonym with the clerk.

(2)     The minor is ..... years old.

(3)     The minor is pregnant and parental notice or consent has not been waived.

(4)     <s>The minor desires</s><u>The minor requests that the court enter an order authorizing her</u> to terminate her pregnancy without

[check which applies]

………. notice  <s>……….</s><u>to and</u> consent <u>from her parents or legal guardian</u>

………. consent <s>and notice</s><u>only</u> from her parents or legal guardian

<s>[check which applies]</s>

<s>to a parent or legal guardian</s> for one or more of the following reasons:

[check all that apply]

.....     a.     The minor is sufficiently mature to decide whether to terminate her pregnancy, for the following reason(s): ……………………………………………………................
.......................................................................................................................................................

.....     b.     The minor is a victim of child abuse or sexual abuse inflicted by one or both of her parents or a legal guardian.

.....     c.     <s>Notification of</s><u>Notice and consent or consent only from</u> a parent or legal guardian is not in the best interests of the minor, for the following reason(s):

- 12 -

…………………………………………………….............................................................................
........................................................................................................................................

(5)     ~~The minor requests that the court enter an order authorizing her to consent to the performance or inducement of a termination of pregnancy without notification of a parent or legal guardian.~~

(5̶6)    The minor requests the appointment of an attorney to represent her in this matter~~:~~, and the attorney is appointed at no cost to the minor at least 24 hours prior to the hearing.

[check one]

.....     ~~yes~~Yes, I want an attorney to represent me during the judicial waiver proceedings at no cost to me.

.....     ~~no~~No, I do not wish to be represented by an attorney.

 (7̶6)    The minor elects the following method or methods for receiving notices of hearings or other court actions in this case (you may choose more than one option):

[check all that apply]

.....     Through a third party whose name is ................... and whose address and phone number for purposes of notice are ...................., ....................

.....     The minor will contact the office of the clerk of court at the following phone number ......................................

I understand that by signing this form I am swearing to or affirming the truthfulness of the claims made in this petition and that the punishment for knowingly making a false statement includes fines, imprisonment, or both.

Signature:_____

Date: ..........

(You may sign a name other than your true name, such as Jane Doe or other pseudonym under which your petition is being filed.)

**FORM 8.988.     SWORN STATEMENT OF TRUE NAME AND PSEUDONYM**

SWORN STATEMENT OF TRUE NAME AND PSEUDONYM

NOTICE TO THE CLERK OF COURT: A CERTIFIED COPY OF THIS DECLARATION WITH THE CASE NUMBER NOTED ON IT SHALL BE GIVEN TO THE MINOR AFTER SHE SIGNS IT.

THE ORIGINAL SHALL IMMEDIATELY BE PLACED IN A SEALED ENVELOPE WHICH SHALL BE FILED UNDER SEAL AND KEPT UNDER SEAL AT ALL TIMES.

(1)     My true name is_____, and my address is_____.

                      (print your name)                  (print your address)

(2)     My date of birth is_____.

(3)     I have filed a Petition for Judicial Waiver of Parental ~~Consent to or~~ Notice ~~of~~ and Consent <u>or Consent Only</u> to Termination of Pregnancy under the name or initials_____ on
_____.
(date)

I understand that by signing this form I am swearing to or affirming the truthfulness of the information herein and that the punishment for knowingly making a false statement includes fines, imprisonment or both.

Dated:_____          Signature:_____

                      (You must sign your true name.)

**FORM 8.990.** **FINAL ORDER GRANTING PETITION FOR JUDICIAL WAIVER OF PARENTAL NOTICE AND CONSENT ~~TO~~ OR ~~NOTICE OF AND~~ CONSENT ONLY TO TERMINATION OF PREGNANCY**

FINAL ORDER GRANTING PETITION FOR JUDICIAL WAIVER OF PARENTAL NOTICE AND CONSENT ~~TO~~ OR ~~NOTICE OF AND~~ CONSENT ONLY TO TERMINATION OF PREGNANCY

THIS CAUSE having come before the court on a petition for judicial waiver of parental notice and consent or ~~notice of and~~ consent only to termination of pregnancy and the court being otherwise advised in the premises, finds the following:

..... The minor has proven by clear and convincing evidence that she is sufficiently mature to decide whether to terminate her pregnancy, for the following reason(s): …………………………
………………………..……………………………………………………………………………
………………………………………………………………………………………………………

The court has considered the following factors in reaching this decision that the minor is sufficiently mature to decide whether to terminate her pregnancy and makes the following findings:

The minor's age is ……….

The minor's overall intelligence indicates
……………………………………………………………………….

The minor's emotional development and stability indicates
…………………………………………………………….

The minor's credibility and demeanor as a witness indicates
…………………………………………………………

The minor's ability to accept responsibility is demonstrated by
…………………………………………………..

The minor's ability to assess both the immediate and long-range consequences of the minor's choices is demonstrated by
…………………………………………………………………………………

The minor's ability to understand and explain the medical risks of terminating her pregnancy and to apply that understanding to her decision is indicated by
………………………………………………………….…………………………………
…………………………………………………………………………………

Whether there may be any undue influence by another on the minor's decision to have an abortion.

……………………………………………………………………………………………………………………
…………………………………………………………………………

..... The minor has proven by a preponderance of the evidence that she is a victim of child abuse or sexual abuse inflicted by one or both of her parents or a guardian, for the following reason(s):
……………………………………………………………………………………………………………………
……………………………………………………………………………………………………………………
……………………………………………………………………………………………………………………
……………………………………………………………………………………………………………………
…………………………………

The court, having made a finding under this section, will report the abuse as is required by section 39.201, Florida Statutes.

..... The minor has proven by clear and convincing evidence that ………. ~~notification of~~ notice and consent or ………. consent only ~~from OR~~ ………. ~~notification of and consent~~ from a parent or legal guardian is not in the best interests of the minor, for the following reason(s):
……………………………………………………………………………………………………………………
……………………………………………………………………………………………………………………
……………………………………………………………………………………………………………………

THEREFORE, it is ORDERED AND ADJUDGED that:

1. The petition for judicial waiver of parental ………. Notice and consent or ………. Consent only ~~………. notice and consent of~~ to termination of pregnancy is GRANTED.

2. ……The minor may consent to the performance or inducement of a termination of pregnancy without notice to a parent or legal guardian.

……The minor may consent to the performance or inducement of a termination of pregnancy but notice to a parent or legal guardian must be provided.

3. The clerk shall keep and maintain a confidential record of these proceedings as provided by law, and shall seal the record.

DONE AND ORDERED in the .......... court in and for ………… County, Florida, on .....(date)......

_____
Judge

**FORM 8.991.** **FINAL ORDER DISMISSING PETITION FOR JUDICIAL WAIVER OF PARENTAL ~~CONSENT TO OR~~ NOTICE ~~OF~~ AND CONSENT OR CONSENT ONLY TO TERMINATION OF PREGNANCY**

IN THE CIRCUIT COURT OF THE           JUDICIAL CIRCUIT,

IN AND FOR          COUNTY, FLORIDA

In the interest of               Case no.       

(pseudonym or initials of minor)        Division:      

FINAL ORDER DISMISSING PETITION FOR

JUDICIAL WAIVER OF PARENTAL ~~CONSENT TO OR~~ NOTICE ~~OF~~ AND CONSENT OR CONSENT ONLY TO TERMINATION OF PREGNANCY

THIS CAUSE having come before the court on a petition for judicial waiver of parental ~~consent to or~~ notice ~~of~~ and consent or consent only to termination of pregnancy and the court being otherwise advised in the premises, finds the following:

…..    It was not proven by clear and convincing evidence that the minor is sufficiently mature to decide whether to terminate the pregnancy; specifically, the court has considered the following factors in reaching this decision and makes the following findings:

The minor's age is: ……….

The minor's overall intelligence indicates:

………………………………………………………………………………………….
…………………………………………………………………………………………..

The minor's emotional development and stability indicate:

…………………………………………………………………………………………..
…………………………………………………………………………………………..

The minor's credibility and demeanor as a witness indicates:

…………………………………………………………………………………………..
………………………………………………………………………………………….

The minor's ability to accept responsibility is demonstrated by:

…………………………………………………………………………………………..
…………………………………………………………………………………………..

The minor's ability to assess both the immediate and long-range consequences of the minor's choices is demonstrated by:

…………………………………………………………………………………………
…………………………………………………………………………………………

The minor's ability to understand and explain the medical risks of terminating her pregnancy and to apply that understanding to her decision is indicated by:
……………………………………………………………………………………………
……………………………………………………………………………………………

The minor's decision to have an abortion may have been made under any undue influence by another is indicated by:
……………………………………………………………………………………………
…………………………………………………………………………………………….....

…..    It was not proven by the preponderance of the evidence that the petitioner is the victim of child abuse inflicted by one or both of her parents or her legal guardian;

…..    It was not proven by clear and convincing evidence that ………. notification of ~~……….~~ and consent from OR ………. ~~notice to and~~ consent only from the parent or legal guardian is not in the best interests of the petitioner;

…..    Other:  _____

_____

THEREFORE, it is ORDERED AND ADJUDGED that:

1.    The petition for judicial waiver of parental ~~consent to or~~ notice ~~of~~ and consent or consent only to termination of pregnancy is DISMISSED.

2.    The court shall provide a written transcript of all testimony and proceedings as provided by law.

3.    The clerk shall keep and maintain a confidential record of these proceedings as provided by law, and shall seal the record.

4.    **THE MINOR HAS A RIGHT TO APPEAL THIS DECISION.** The clerk shall immediately provide Form 9.900(f) Notice of Appeal of an Order Dismissing a Petition for Judicial Waiver of Parental ~~Consent to or~~ Notice ~~of~~ and Consent or Consent Only to Termination of Pregnancy and Advisory Notice to Minor to the minor or petitioner if other than the minor.

DONE AND ORDERED in the ........ court in and for ............ County, Florida, on .....(date)......

_____
                                                                        Judge

- 18 -

**FORM 8.992.**   **MINOR'S PETITION TO CHIEF JUDGE TO REQUIRE A HEARING ON HER PETITION FOR JUDICIAL WAIVER OF ~~CONSENT OR~~ NOTICE AND CONSENT OR CONSENT ONLY**

MINOR'S PETITION TO CHIEF JUDGE TO REQUIRE A HEARING ON HER PETITION FOR JUDICIAL WAIVER OF ~~CONSENT OR~~ NOTICE AND CONSENT OR CONSENT ONLY

I, …..(name)….., hereby petition the chief judge of this judicial circuit for an order directing the judge to whom this case is assigned to hold a hearing within 48 hours after receipt of this petition by the chief judge, and requiring the court to enter an order on my petition for judicial waiver of ~~consent or~~ notice and consent or consent only within 24 hours after the hearing.

In support of this petition, I say:

My petition for judicial waiver of notice and consent or consent only was filed with the Clerk on …..(date)……

The third business day from the date of filing my petition was …..(date)……

I have not requested an extension of time for the hearing required to be conducted.

No hearing has been conducted by the court within the time required by statute.

WHEREFORE, I ask the chief judge to enter an order requiring the hearing on the petition for judicial waiver to be conducted within the next 48 hours, and requiring the court to enter its order within 24 hours after that hearing.

Signature: _____

Date: _____

Time: _____

[to be stamped by Clerk]

**RULE 9.147.    APPEAL PROCEEDINGS TO REVIEW FINAL ORDERS DISMISSING PETITIONS FOR JUDICIAL WAIVER OF PARENTAL NOTICE ~~OF~~ AND CONSENT OR CONSENT ONLY TO TERMINATION OF PREGNANCY**

**(a)    Applicability.** Appeal proceedings to review final orders dismissing a petition for judicial waiver of parental notice ~~of~~ and consent or consent only to the termination of a pregnancy shall be as in civil cases, except as modified by this rule.

**(b)    Fees.** No filing fee shall be required for any part of an appeal of the dismissal of a petition for a judicial waiver of parental notice ~~of~~ and consent or consent only to the termination of a pregnancy.

**(c)    Record.** If an unmarried minor or another person on her behalf appeals an order dismissing a petition for judicial waiver of parental notice ~~of~~ and consent or consent only to the termination of a pregnancy, the clerk of the lower tribunal shall prepare and electronically transmit the record as described in rule 9.200(d) within 2 days from the filing of the notice of appeal.

**(d) – (g)    [No Change]**

**Committee Notes**

**[No Change]**

**RULE 9.300.       MOTIONS**

    **(a) - (c)       [No Change]**

    **(d)     Motions Not Tolling Time.**

        (1) - (10)     [No Change]

        (11)   Motions relating to appeal proceedings to review a final order dismissing a petition for judicial waiver of parental notice ~~of~~ and consent or consent only to termination of pregnancy, rule 9.147.

        (12) - (13)   [No Change]

**Committee Notes**

**[No Change]**

**RULE 9.900.      FORMS**

**(a) – (e)      [No Change]**

**(f)      Notice of Appeal of an Order Dismissing a Petition for a Judicial Waiver of Parental ~~Consent to or~~ Notice ~~of~~ and Consent <u>or Consent Only</u> to Termination of Pregnancy and Advisory Notice to Minor.**

IN THE CIRCUIT COURT FOR THE
_____ JUDICIAL CIRCUIT (NUMERICAL DESIGNATION OF THE CIRCUIT) IN AND FOR _____
COUNTY, FLORIDA

Case No. _____

In re: Petition for a Judicial      )
Waiver of Parental ~~Consent to or~~      )
Notice ~~of~~ and Consent <u>or Consent</u>      )
<u>Only to</u> Termination of Pregnancy.      )
      )
      )      NOTICE OF APPEAL
      )
_____      )
(Your pseudonym or initials      )
      )
Appellant.      )
_____      )

NOTICE IS GIVEN that .....(your pseudonym or initials)....., appeals to the .....(District Court of Appeal with appellate jurisdiction)....., the order of this court rendered .....(enter the date that the order was filed on the clerk's docket)..... [See rule 9.020(h)]. The nature of the order is a final order dismissing a petition for a judicial waiver of parental <u>notice and</u> consent <u>or consent only</u> ~~to or notice of and consent~~ to termination of pregnancy.

Signature: _____
(As signed on your petition for judicial waiver if you are representing yourself)
Date: _____
      OR
Attorney for _____
(pseudonym or initials of appellant)

- 22 -

(address, e-mail address, and phone number of attorney)

Florida Bar No. _____

ADVISORY NOTICE TO THE MINOR

YOU ARE NOTIFIED AS FOLLOWS:

1.      You are entitled to appeal the order dismissing your petition for a judicial waiver of parental notice and consent or consent only to or notice of and consent to termination of pregnancy. You do not have to pay a filing fee for the appeal.

2.      If you wish to appeal, you must file a notice of appeal with the circuit court in which your case was heard. A form for the notice of appeal (Fla. R. App. P. 9.900(f)) will be provided to you with the order dismissing your petition. You must fill in every blank on the form with the information requested. If you need assistance with the form, the clerk of the circuit court will help you complete it.

3.      You must file the notice of appeal with the clerk of the circuit court where your case was heard. The notice of appeal must be filed within thirty (30) days of the date when the judge's written order dismissing your petition was filed with the clerk of the circuit court. If you do not file your notice of appeal within this time period your appeal will not be heard.

4.      The notice of appeal is the only document you need to file in connection with your appeal. You may file a motion to seek permission to file a brief in your case, or to request oral argument of your case. These motions or any other motions or documents you file concerning your appeal, except the notice of appeal, must be mailed or delivered to the appellate court for filing, or electronically filed with the appellate court. The appellate court that will be reviewing your case is:

The _____ District Court of Appeal

_____

_____

(address of the District Court)

Telephone number: _____

(Note: The clerk of the circuit court will fill in the blanks above with the appropriate court information).

- 23 -

5.      You may request a lawyer to represent you in your appeal. You must tell the judge who heard your petition for a judicial waiver of parental notice and consent or consent only ~~to or notification of and consent~~ to termination of pregnancy that you wish to have a lawyer appointed.